IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REGARDING STATEMENT AND |
| v. | ) | OBJECTION OF THE UNITED STATES |
| | ) | OF AMERICA TO REVISED |
| JOSE LUIS RODRIGUEZ, | ) | PRESENTENCE INVESTIGATION |
| | ) | REPORT |
| Defendants. | ) | |
| | ) | |

The plaintiff has objected to paragraph 43 and 45 of the Revised Presentence Report and asked that oral testimony be permitted by the government regarding quantity of drugs and possession of a dangerous weapon.  It also asks that I take judicial notice of the defendant's objection, filing 71.

The government may produce evidence as requested.  Judicial notice will be taken of the defendant's objection, filing 71.

Dated April 1, 2009.

        BY THE COURT

        s/ Warren K. Urbom
        United States Senior District Judge