IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOSE LUIS RODRIGUEZ,<br><br>              Defendant. | 4:08-CR-3037<br><br>ORDER |

IT IS ORDERED:

1. The government's motion to dismiss (filing 128) is granted.

2. The petition for offender under supervision (filing 117) is dismissed.

3. The January 27, 2023 hearing is cancelled.

Dated this 19th day of December, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge